1004

[No. 45674-5-II.   Division Two.   June 4, 2015.]

*In the Matter of the Marriage of* ALIZA WISEMAN, *Respondent*, and TIMOTHY JAMES BENZ, *Appellant*.

*Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 45736-9-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN D. PROSHOLD, *Appellant*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45810-1-II.   Division Two.   June 4, 2015.]

*In the Matter of the Marriage of* DANIEL E. BUNCH, *Respondent*, and TAMARA LEE, *Appellant*.

TAMARA LEE ET AL., *Appellants*, v. DANIEL E. BUNCH, *Respondent*.

*Affirmed in part* and *reversed in part* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.